## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RECEIVED
WALSH, CLERK
2007 APR 12 P 2: 28
UNITED STATES

|  |  |
|---|---|
| IDT TELECOM, INC., and<br>UNION TELECARD ALLIANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CVT PREPAID SOLUTIONS, INC.;<br>DOLLAR PHONE SERVICES, INC.;<br>DOLLAR PHONE ENTERPRISE, INC.;<br>DOLLAR PHONE CORP.; DOLLAR<br>PHONE ACCESS INC.; EPANA<br>NETWORKS, INC.; LOCUS<br>TELECOMMUNICATIONS, INC.; STI<br>PHONECARD, INC.; TELCO GROUP,<br>INC.; VOIP ENTERPRISES, INC.; FIND<br>& FOCUS ABILITIES, INC.; TOTAL<br>CALL INTERNATIONAL, INC.; STI<br>PREPAID, LLC., and JOHN DOES 1-100,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. 07-1076
Hon. Susan D. Wigenton, U.S.D.J.

Hon. Madeline C. Arleo, U.S.M.J.

## SCHEDULING ORDER

Upon reviewing all submissions by counsel and having heard all parties on April 11, 2007, the Court hereby extends the Preliminary Injunction Hearing scheduled in this matter for May 2, 2007 to May 9, 2007 to begin at 10:30am. The Court also hereby orders the following discovery deadlines and briefing schedule:

| | | |
|---|---|---|
| 1. | Plaintiffs' Rule 30(b)(6) deposition of Defendant CVT Prepaid Solutions, Inc. ("CVT"). | To be conducted at the offices of Baker Hostetler on April 13, 2007, and if necessary April 16. |
| 2. | Plaintiffs' Rule 30(b)(6) deposition of the Defendant STi Phonecard, Inc. and related companies ("STi"). | To be conducted at the offices of Baker Hostetler on April 16 and (if necessary) 17, or on April 17 and (if necessary) 18. |

| 3. | Plaintiffs' Rule 30(b)(6) deposition of Defendant Total Call. | To be conducted at the offices of Baker Hostetler on April 16 and (if necessary) 17, or on April 17 and (if necessary) 18. |
|----|----|----|
| 4. | Defendants' Rule 30(b)(6) deposition of Plaintiffs. | To be conducted at a location to be determined on April 19 and (if necessary) 20. |
| 5. | Production by all parties of calling cards posters, print ads, radio and broadcast advertising since December 1, 2006, and a reasonable number of earlier posters, print ads, radio and broadcast advertising and cards specifically identified by a party. | To be produced by hand delivery to lead counsel for each party no later than 3 pm two (2) business days prior to the party's Rule 30(b)(6) deposition. |
| 6. | Production by all parties of all documents identifying the rates, fees, minutes, charges, and voice prompts considered and/or used for the specific cards tested by and on behalf of IDT or any Defendant and a reasonable number of additional cards specifically identified by a party. | To be produced by hand delivery to lead counsel for the parties no later than 5p.m. on April 20. |
| 7. | Production by all parties of all internal written and electronic communications, and all written and electronic communications with third-party distributors (including emails) since January 1, 2006, concerning the difference between minutes stated in advertisements, posters and voice prompts for prepaid call cards as compared to minutes available to be delivered by the same cards. | To be produced by hand delivery to lead counsel for the parties no later than 5p.m. on April 20. |
| 8. | All records of testing by any party (including any and all non-parties retained by or on behalf of a party). | To be produced by hand delivery to lead counsel for the parties no later than 5p.m. on April 20. |
| 9. | Documents from non-party distributors subpoenaed by Defendants and Plaintiffs. | Parties shall seek production no later than April 17. |
| 10. | Depositions of non-party distributors. | To be completed by April 24. |
| 11. | Deposition of Tony Accetta, if requested by a defendant by April 13, 2007. | To be completed by April 23. |

2

04/12/07 12:07 FAX 973 466 2760 ROBINSON LIVELLI ☑004

| 12. | Deposition of Phil Johnson, if requested by a defendant by April 13, 2007. | To be conducted on April 24. |
|---|---|---|
| 13. | Deposition of any fact or expert witness that Defendants intend on relying on in opposing Plaintiffs' motion for a preliminary injunction. | To be completed by April 25. |
| 14. | Plaintiffs' identification of any known additional witnesses for the Preliminary Injunction Hearing | April 13 |
| 15 | Defendants' identification of any known witnesses for the Preliminary Injunction Hearing | April 17 |
| 16. | Plaintiffs' Opposition to CVT's Motion to Dismiss. | April 23 |
| 17. | CVT's Reply in Support of Motion to Dismiss. | April 30 |
| 18. | Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | To be electronically filed and served on or before May 1, 12:00pm, with a hardcopy to be served on all counsel by overnight delivery. |
| 19. | Plaintiffs' Reply Brief In Further Support of Their Motion For Preliminary Injunction. | To be electronically filed and served on or before May 7, 12:00pm, with a hardcopy to be served on all counsel by overnight delivery. |

No other deadlines, pre-trial or trial dates shall be affected by this Order.

Dated: April 12, 2007

IT IS SO ORDERED.

SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

3