<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IDT TELECOM, INC. and UNION TELECARD ALLIANCE, LLC, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1076 (GEB) |
| CVT PREPAID SOLUTIONS, INC., et al., | **ORDER** |
| Defendants. | |

**<u>BROWN, Chief Judge</u>**

This matter comes before the Court upon the motion of Defendant STi Prepaid LLC (Doc. No. 375) as well as the motion of Defendants Telco Group, Inc., STi Phonecard, Inc., VOIP Enterprises, Inc., and Find and Focus Abilities, Inc. (collectively the "Telco companies") (Doc. No. 377), as well as the motion of Plaintiffs IDT Telecom, Inc., and Union Telecard Alliance, LLC ("IDT" and "UTA," respectively) (Doc. No. 384); and for the reasons discussed in the memorandum opinion accompanying this order

IT IS THIS 28th day of December, 2009 hereby

**ORDERED** that Plaintiffs' motion to strike (Doc. No. 384) is DENIED; and it is further

**ORDERED** that Defendant STi's motion for summary judgment (Doc. No. 375) is

1

GRANTED; and it is further

**ORDERED** that Defendants Telco companies' motion for summary judgment (Doc. No. 377) is GRANTED with respect to voice prompts, UTA's standing, New Jersey state law claims (Count II), and the Illinois Uniform Deceptive Trade Practices Act (Count X), and DENIED with respect to the Lanham Act and remaining state law claims (Counts I, III-IX).

          s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.