**MCELROY, DEUTSCH,**
  **MULVANEY & CARPENTER, LLP**
Joseph P. LaSala, Esq.
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone: (973)993-8100
Facsimile: (973)425-0161
Attorneys for Plaintiffs
IDT Telecom, Inc. and Union Telecard Alliance, LLC

```
         RECEIVED

         MAR 2 6 2010

   AT 8:30_____M
       WILLIAM T. WALSH
            CLERK
```

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IDT TELECOM, INC., ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CVT PREPAID SOLUTIONS, INC., ET AL.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 07-1076 (GEB)(MCA)<br><br>Hon. Garrett E. Brown, Jr., U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J.<br><br>STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE |

　　　　WHEREAS, Plaintiffs IDT Telecom, Inc. and Union Telecard Alliance (collectively, "Plaintiffs") commenced the above-captioned action against, *inter alia*, STi Phonecard, Inc., Telco Group, Inc., VOIP Enterprises, Inc., and Find & Focus Abilities, Inc. (collectively, the "Telco Companies") on March 8, 2007, and an amended complaint on April 2, 2010 (the "Action"); and

　　　　WHEREAS, Plaintiffs and the Telco Companies have reached a settlement agreement

1405791_2

with regard to the Action.

IT IS HEREBY STIPULATED BY PLAINTIFFS AND THE TELCO COMPANIES, by and through their undersigned counsel, that the Action is dismissed with prejudice with the parties to bear their own costs, and that the Court shall retain jurisdiction over the related settlement agreement entered into by and between Plaintiffs and the Telco Companies.

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Attorneys for Plaintiffs,
IDT Telecom, Inc. and Union Telecard Alliance, LLC

By: /s/ Joseph P. LaSala
    Joseph P. LaSala

**HERRICK FEINSTEIN LLP**
Attorneys for Defendants
STi Phonecard, Inc., Telco Group, Inc., Voip Enterprises, Inc., and Find & Focus Abilities, Inc.

By: _____
    John R. Goldman

**SO ORDERED**
Dated: MARCH 26, 2010  By: _____
    Hon. Garrett E. Brown, Jr.

1405791_2